## EDWARD SIMPSON

### v.

## GEORGE L. SIMPSON ET AL.

PRACTICE—FURTHER TIME TO FILE RECORD.—The motion for further time not being made within the time limited for filing the record, it is refused.

APPEAL from the Circuit Court of Putnam county; the Hon. JOHN BURNS, Judge, presiding. Opinion filed January 4, 1879.

Mr. FRED. S. POTTER, for appellant; that the motion was made in time, cited Adams v. Robertson, 40 Ill. 40.

PER CURIAM. The motion in this cause for further time in which to file record not having been made within the time limited by the statute for filing such record, we cannot allow the record now to be filed. Adams v. Robertson, 40 Ill. 40.